UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| **MIRELLA BARRIGA-BERMUDEZ,** <br> **GABRIELA LIZBETH DOMINGUEZ-AVILA,** <br> **EFREN FLORES-HERNANDEZ,** <br> **DAMIAN GALICIA-GONZALEZ,** <br> **SEBASTIAN HERNANDEZ-MENA,** <br> **JOSE LUIS RAMIREZ-CALVILLO,** <br> **GUILLERMO RIVERA-MACIAS and** <br> **YURELI TORRES,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **RODRIGO GUTIERREZ- TAPIA,** <br><br> **Defendant.** | Case No.: 8:15-cv-1171-T-30TGW |

**PLAINTIFFS' UNOPPOSED MOTION OF EXTENSION OF TIME TO
RESPOND TO COURT-ORDERED INTERROGATORIES**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs request an enlargement of the time to respond to the Court's Interrogatories up to and including October 19, 2015

Plaintiffs in this action are guest workers from Mexico who lawfully entered the United States to perform labor blueberries, sweet potatoes and other crops in Florida, North Carolina or Georgia for Defendant at various time during 2013 or 2014. As of this date, the majority of the Plaintiffs are either residing in their home towns in Mexico, many of which are in remote areas with limited access to the telephone, postal or internet service. Others are presently traveling in the so-called "migrant stream" in the United States, moving from place to place to harvest crops

as they ripen. During these travels, these individuals lacked fixed mailing addresses and often do not have ready access to telephone service. Because of these circumstances, it is expected to take longer than usual for counsel to contact these individuals to complete and sign the Court's interrogatories. For these reasons, Plaintiffs anticipate that it will take longer to complete these interrogatories than the 20-day period provided for in the Court's scheduling order.

Based Plaintiffs hereby request an enlargement of the time to file their responses to the Court's Interrogatories up to and including October 19, 2015.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for Plaintiffs represent that they have conferred with Defendant's counsel and that Defendant does not object to the relief sought in this motion.

Respectfully submitted,

*/s/ Karla C. Martinez*
Karla C. Martinez
FL Bar No.: 094674
e-mail        karla@floridalegal.org

Gregory S. Schell
FL Bar No.: 287199
e-mail:        greg@floridalegal.org

MIGRANT FARMWORKER JUSTICE
    PROJECT
508 Lucerne Avenue
Lake Worth, Florida   33460-3819
Telephone:    (561) 582-3921
Facsimile:    (561) 582-4884
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing Brian D. Rubenstein (brian.rubenstein@csklegal.com) of COLE, SCOTT & KISSANE, P.A., 4301 West Boy Scout Boulevard, Suite 400, Tampa, Florida 33067, counsel of record for Defendant Rodrigo Gutierrez Tapia.

          */s/ Karla C. Martinez*
          Karla C. Martinez
          FL Bar No.: 094674
          e-mail  karla@floridalegal.org

          Gregory S. Schell
          FL Bar No.: 287199
          e-mail:  greg@floridalegal.org

          MIGRANT FARMWORKER JUSTICE
            PROJECT
          508 Lucerne Avenue
          Lake Worth, Florida 33460-3819
          Telephone: (561) 582-3921
          Facsimile: (561) 582-4884

          *Attorneys for Plaintiffs*