UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

MIRELLA BARRIGA-BERMUDEZ, )
GABRIELA LIZBETH DOMINGUEZ-AVILA, )
EFREN FLORES-HERNANDEZ, )
DAMIAN GALICIA-GONZALEZ, )
SEBASTIAN HERNANDEZ-MENA, )
JOSE LUIS RAMIREZ-CALVILLO, )
GUILLERMO RIVERA-MACIAS and )
YURELI TORRES, )

    Plaintiffs,

vs.

RODRIGO GUTIERREZ- TAPIA,

    Defendant.

Case No.: 8:15-cv-1171-T-30TGW

## PLAINTIFF GABRIELA DOMINGUEZ-AVILA'S ANSWERS TO COURT'S INTERROGATORIES

1. **During what period of time were you employed by the Defendants(s)?**

Worked from approximately March 19 through November 24, 2014.

2. **Who was your immediate supervisor?**

Do not recall actual names. Supervisors also varied from time to time.

3. **Did you have a regularly scheduled work period? If so, specify?**

There was no regular schedule. Times of departure from camp were 8:00 a.m. and arrival to fields was 9:00 to 11:00 a.m., depending on the distance between the camp and the fields. At times we stopped at approximately 5:00 or 6:00 p.m., but times varied based on crop.

4. **What was your title or position? Briefly describe your job duties.**

   Harvest of blueberries, sweet potatoes and other crops.

5. **What was your regular rate of pay?**

   Blueberries were paid at $.70 per pound.

6. **Provide an accounting of your claim, including:**

   **(a) Dates:** Worked from approximately March 19 through November 24, 2014

   **(b) Regular hours worked:**

   **(c) Over-time hours:**

   **(d) Pay received versus pay claimed:**

   **(e) Total amount claimed:** See attached. Estimates are based on Plaintiff's recollection. Plaintiff cannot provide an exact estimate without the befit of Defendant's payroll records.

7. **When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?**

   It was at the time that the complaint was filed, which was May 2015.

8. **Was this complaint written or oral? (If a written complaint, please attach a copy)**

   Complaint has been filed with this court.

9. **What was your employer's response? (If a written response, please attach copy).**

   Defendant denies all claims.

                              Respectfully submitted,

                              */s/ Karla C. Martinez*
                              Karla C. Martinez
                              FL Bar No.:   094674
                              e-mail       karla@floridalegal.org

                              */s/ Gregory S. Schell*
                              Gregory S. Schell
                              FL Bar No.:   287199

e-mail: greg@floridalegal.org

MIGRANT FARMWORKER JUSTICE
PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884
*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 19th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing Brian D. Rubenstein (brian.rubenstein@csklegal.com) of COLE, SCOTT & KISSANE, P.A., 4301 West Boy Scout Boulevard, Suite 400, Tampa, Florida 33067, counsel of record for Defendant Rodrigo Gutierrez Tapia.

/s/*Karla Martinez*
Karla C. Martinez

## DECLARATION PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.

_G.L.D.A._
**GABRIELA DOMINGUEZ AVILA**

Executed on _09-02_, 2015

## Translator's Statement

I, Karla Martinez, hereby certify that I am fluent in both English and Spanish and that I have read the foregoing interrogatories to Gabriela Dominguez Avila, translating them from the original English to Spanish after which he affirmed and executed.

Karla C. Martinez