UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIRELLA BARRIGA-BERMUDEZ,
GABRIELA LIZBETH DOMINGUEZ-
AVILA, EFREN FLORES-HERNANDEZ,
DAMIAN GALICIA-GONZALEZ,
SEBASTIAN HERNANDEZ-MENA,
JOSE LUIS RAMIREZ-CALVILLO,
GUILLERMO RIVERA-MACIAS and
YURELI TORRES,

    Plaintiffs,

v.                                  Case No: 8:15-cv-1171-T-30TGW

RODRIGO GUTIERREZ-TAPIA,

    Defendant.
_____

## ORDER

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement and Dismissal With Prejudice (Dkt. #36). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement and Dismissal With Prejudice (Dkt. #36) is GRANTED except as to the issue of attorney's fees and costs.

2. The Parties' settlement agreement is approved.

3. The Clerk is directed to enter judgment against the Defendant as set forth in paragraph (A) of the Rule 68 Offer of Judgment filed at Dkt. #34-1, pp. 1-2.

4. The Court will retain jurisdiction for a period of ninety (90) days after this Order's entry to resolve disputes concerning Plaintiffs' entitlement to attorney's fees and costs.

5. The Clerk is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of July, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2015\15-cv-1171 settlement 36.docx