# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MIRELLA BARRIGA-BERMUDEZ, GABRIELA LIZBETH DOMINGUEZ-AVILA, EFREN FLORES-HERNANDEZ, DAMIAN GALICIA-GONZALEZ, SEBASTIAN HERNANDEZ-MENA, JOSE LUIS RAMIREZ-CALVILLO, GUILLERMO RIVERA-MACIAS, and YURELI TORRES,**

      **Plaintiffs,**

v.     Case No: 8:15-cv-1171-T-30TGW

**RODRIGO GUTIERREZ-TAPIA,**

      **Defendant.**

_____

# JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came before the Court and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

Pursuant to the Court Order entered on July 27, 2016, judgment is entered in favor of each

Plaintiff and against the Defendant, in the amounts listed below :

Mirella Barriga-Bermudez  - $ 2,200.00
Gabriela Lizbeth Dominguez-Avila - $ 5,484.00
Efren Flores-Hernandez - $ 1,800.00
Damian Galicia-Gonzalez - $ 500.00
Sebastian Hernandez-Mena - $ 5,556.00
Jose Luis Ramirez-Calvillo - $ 2,800.00
Guillermo Rivera-Macias - $ 5,556.00
Yureli Torres - $ 2,895.54

for which sum let execution issue.

SHERYL L. LOESCH, CLERK

s/K. Meyer., Deputy Clerk