# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MIRELLA BARRIGA-BERMUDEZ,
GABRIELA LIZBETH DOMINGUEZ-AVILA, EFREN FLORES-HERNANDEZ,
DAMIAN GALICIA-GONZALEZ,
SEBASTIAN HERNANDEZ-MENA,
JOSE LUIS RAMIREZ-CALVILLO,
GUILLERMO RIVERA-MACIAS and
YURELI TORRES,

    Plaintiffs,

v.                                      Case No: 8:15-cv-1171-T-30TGW

RODRIGO GUTIERREZ-TAPIA,

    Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for an Award of Attorney's Fees and Costs (Dkt. 42) and Defendant's Response (Dkt. 44). Plaintiffs seek an award of $3,217.50 in attorney's fees and $457.00 in court costs, and they provide an affidavit of counsel and a Bill of Costs as evidence in support of that award. Defendant's response states that he has no objection to these figures and the Court's awarding the amount Plaintiffs seek. For this reason, and based on the Court's independent review of the record,

It is ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion for an Award of Attorney's Fees and Costs (Dkt. 42) is GRANTED.

2. Plaintiff is entitled to fees in the amount of $3,217.50 and costs in the amount of $457.00, for a total amount of 3,674.50.

3. The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendants for the amount of 3,674.50, which represents attorney's fees and costs.

4. The Clerk is further directed to close this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of November, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record